United States District Court
Southern District of Texas
**ENTERED**
August 24, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **CESAR BUSTOS**, *et al.*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | **CIVIL ACTION NO. 4:22-CV-2690** |
| § | |
| **INVIERTE EN TEXAS, LLC**, *et al*, § | |
| § | |
| Defendants. § | |
| § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is the Report and Recommendation ("R & R") of United States Magistrate Judge Dena Hanovice Palermo. ECF No. 27. This case was referred to Judge Palermo pursuant to 28 U.S.C. § 636(b)(1)(B) on October 27, 2022. ECF No. 20. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendant Comar Holdings, LLC's Motion to Dismiss, ECF No. 7; Defendant Juan Carlos Martinez Cecias Rodriguez's Motion to Dismiss, ECF No. 8; Defendants Rhinopro Ceramics, LLC's, Mara 6 Holdings, LLC's, and Mara 6 Investments, LLC's Motion to Dismiss, ECF No. 9; Defendant Cecilia Miranda's Motion to Dismiss, ECF No. 17; and Rhino Linings Corporation's Motion to Dismiss, ECF No. 19, are hereby **GRANTED**. Plaintiffs' complaint, ECF No. 1 is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 24th day of August, 2023.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

.