United States District Court
Southern District of Texas
**ENTERED**
July 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **CESAR BUSTOS,** *et al.*, § § **Plaintiffs,** § VS. § **INVIERTE EN TEXAS, LLC,** *et al*, § § **Defendants.** § § | **CIVIL ACTION NO. 4:22-CV-2690** |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Pending before the Court is the Report and Recommendation ("R & R") of United States Magistrate Judge Dena Hanovice Palermo. ECF No. 36. This case was referred to Judge Palermo pursuant to 28 U.S.C. § 636(b)(1)(B) on October 27, 2022. ECF No. 20. The time for filing objections has passed, and no objections were filed.

Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Report and Recommendation for clear error. Finding no clear error, the Court adopts the Report and Recommendation in its entirety. Accordingly, Defendants' Motions to Dismiss (ECF Nos. 30, 31, 32) are hereby **GRANTED**. Plaintiffs' Amended Complaint (ECF No. 29) is therefore **DISMISSED WITH PREJUDICE** as to all Defendants.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 9th day of July, 2024.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE